# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SIDEPRIZE LLC,<br>    Plaintiff,<br>v.<br>KENNETH WHITE,<br>    Respondent. | Case No. 2:25-cv-01513-JCM-NJK<br>**Order**<br>[Docket No. 1] |

Pending before the Court is Plaintiff's motion to compel. Docket No. 1.

On August 21, 2025, Plaintiff filed a notice of voluntary dismissal without prejudice as to its motion to compel. Docket No. 2.

Accordingly, the motion to compel is **DENIED** without prejudice. Docket No. 1. The Clerk's Office is **INSTRUCTED** to administratively close this case.

IT IS SO ORDERED.

Dated: August 29, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1